

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00301-CV

**JK HOSPITALITY LLC**; Shiva Management, Inc.; Manishbhai Bhakta; Aum Unity Lodging, Inc.; and Sai Unity Lodging, Inc.,
Appellants

v.

Jignasa **PATEL**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 19-05-00195CVF
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellants.

SIGNED May 8, 2024.

_____
Patricia O. Alvarez, Justice